AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of **MASSACHUETTS**

KEVIN TAYLOR,

Plaintiff

V.

HARLEY LAPPEN, Director-BOP,
FEDERAL BUREAU OF PRISONS, et. al.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-40163**

I, **KEVIN TAYLOR** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **FMC-Devens**

    Are you employed at the institution? **Yes**    Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

## All Transactions

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 03421068 | Current Institution: | Devens FMC | |
| Inmate Name: | TAYLOR, KEVIN | Housing Unit: | J UNIT | |
| Report Date: | 08/02/2004 | Living Quarters: | J04-421U | |
| Report Time: | 3:04:36 PM | | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 7/30/2004 2:16:55 PM | DEV2007 | Local Collections | $150.00 | 19232 | | $551.65 |
| 7/27/2004 11:35:19 AM | DEV3006 | Sales | ($7.40) | 19 | | $401.65 |
| 7/26/2004 7:31:20 PM | AMService | ITS Withdrawal | ($6.00) | ITS0726 | | $409.05 |
| 7/22/2004 7:29:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0722 | | $415.05 |
| 7/18/2004 1:50:03 PM | AMService | ITS Withdrawal | ($5.00) | ITS0718 | | $420.05 |
| 7/14/2004 8:33:24 PM | AMService | ITS Withdrawal | ($5.00) | ITS0714 | | $425.05 |
| 7/13/2004 12:22:00 PM | DEV3002 | Sales | ($35.40) | 50 | | $430.05 |
| 7/11/2004 5:44:48 PM | AMService | ITS Withdrawal | ($5.00) | ITS0711 | | $465.45 |
| 7/9/2004 5:23:06 PM | AMService | ITS Withdrawal | ($5.00) | ITS0709 | | $470.45 |
| 7/6/2004 7:11:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0706 | | $475.45 |
| 7/6/2004 8:56:57 AM | DEV2007 | Payroll - IPP | $5.25 | 4JV117 | | $480.45 |
| 7/4/2004 10:27:53 PM | AMService | ITS Withdrawal | ($9.00) | ITS0704 | | $475.20 |
| 7/3/2004 4:54:41 PM | AMService | ITS Withdrawal | ($6.00) | ITS0703 | | $484.20 |
| 7/2/2004 7:13:36 PM | AMService | ITS Withdrawal | ($10.00) | ITS0702 | | $490.20 |
| 7/1/2004 4:59:15 PM | AMService | ITS Withdrawal | ($6.00) | ITS0701 | | $500.20 |
| 6/28/2004 7:33:28 PM | AMService | ITS Withdrawal | ($2.00) | ITS0628 | | $506.20 |
| 6/25/2004 2:47:09 PM | DEV2007 | Child Support | ($100.00) | | 837 | $508.20 |
| 6/25/2004 2:47:08 PM | DEV2007 | Child Support | ($100.00) | | 836 | $608.20 |
| 6/23/2004 12:38:36 PM | DEV2004 | Photo Copies | ($26.50) | 4JV127 | | $708.20 |
| 6/21/2004 4:45:41 PM | AMService | ITS Withdrawal | ($10.00) | ITS0621 | | $734.70 |
| 6/20/2004 6:36:32 PM | AMService | ITS Withdrawal | ($4.00) | ITS0620 | | $744.70 |
| 6/16/2004 12:23:38 PM | DEV3007 | Sales | ($22.20) | 50 | | $748.70 |
| 6/14/2004 7:49:18 PM | AMService | ITS Withdrawal | ($5.00) | ITS0614 | | $770.90 |
| 6/14/2004 2:19:44 PM | DEV2004 | Local Collections | $50.00 | 16436 | | $775.90 |
| 6/10/2004 8:06:31 PM | AMService | ITS Withdrawal | ($5.00) | ITS0610 | | $725.90 |
| 6/9/2004 12:16:31 PM | DEV3007 | Sales | ($39.75) | 45 | | $730.90 |
| 6/8/2004 10:16:39 PM | AMService | ITS Withdrawal | ($5.00) | ITS0608 | | $770.65 |
| 6/7/2004 8:13:23 AM | DEV2007 | Payroll - IPP | $5.25 | 4JV102 | | $775.65 |
| 6/5/2004 2:59:20 PM | AMService | ITS Withdrawal | ($5.00) | ITS0605 | | $770.40 |
| 6/4/2004 5:26:41 PM | AMService | ITS Withdrawal | ($5.00) | ITS0604 | | $775.40 |
| 6/2/2004 10:00:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS0602 | | $780.40 |
| 6/2/2004 6:38:12 PM | AMService | ITS Withdrawal | ($10.00) | ITS0602 | | $785.40 |
| 6/2/2004 5:16:08 PM | DEV3006 | Sales | $0.00 | 60 | | $795.40 |
| 6/1/2004 5:19:10 PM | AMService | ITS Withdrawal | ($1.00) | ITS0601 | | $795.40 |
| 5/26/2004 11:42:28 AM | DEV3007 | Sales | ($22.20) | 24 | | $796.40 |
| 5/16/2004 11:37:56 AM | AMService | ITS Withdrawal | ($6.00) | ITS0516 | | $818.60 |
| 5/14/2004 4:56:31 PM | AMService | ITS Withdrawal | ($6.00) | ITS0514 | | $824.60 |
| 5/12/2004 11:31:27 AM | DEV3007 | Sales | ($14.80) | 17 | | $830.60 |
| 5/11/2004 11:21:29 PM | AMService | ITS Withdrawal | ($5.00) | ITS0511 | | $845.40 |
| 5/10/2004 4:37:30 PM | AMService | ITS Withdrawal | ($10.00) | ITS0510 | | $850.40 |
| 5/8/2004 6:55:55 AM | AMService | ITS Withdrawal | ($10.00) | ITS0508 | | $860.40 |
| 5/6/2004 4:46:01 PM | AMService | ITS Withdrawal | ($10.00) | ITS0506 | | $870.40 |
| 5/5/2004 5:01:18 PM | DEV3007 | Sales | ($24.95) | 45 | | $880.40 |
| 5/4/2004 4:33:31 PM | AMService | ITS Withdrawal | ($7.00) | ITS0504 | | $905.35 |
| 5/1/2004 1:26:02 PM | AMService | ITS Withdrawal | ($3.00) | ITS0501 | | $912.35 |
| 4/28/2004 11:29:37 AM | DEV3007 | Sales | ($14.80) | 16 | | $915.35 |
| 4/27/2004 8:44:10 PM | AMService | ITS Withdrawal | ($10.00) | ITS0427 | | $930.15 |
| 4/21/2004 8:39:20 PM | AMService | ITS Withdrawal | ($5.00) | ITS0421 | | $940.15 |
| 4/15/2004 5:32:34 PM | AMService | ITS Withdrawal | ($5.00) | ITS0415 | | $945.15 |
| 4/14/2004 5:53:35 PM | AMService | ITS Withdrawal | ($10.00) | ITS0414 | | $950.15 |

1 2

## All Transactions

**PRINT**

| Inmate Reg #: | 03421068 | Current Institution: | Devens FMC |
| --- | --- | --- | --- |
| Inmate Name: | TAYLOR, KEVIN | Housing Unit: | J UNIT |
| Report Date: | 08/02/2004 | Living Quarters: | J04-421U |
| Report Time: | 3:04:47 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 4/14/2004 2:03:40 PM | DEV2007 | Local Collections | $30.00 | 12818 | | $960.15 |
| 4/10/2004 6:54:34 PM | AMService | ITS Withdrawal | ($6.00) | ITS0410 | | $930.15 |
| 4/9/2004 2:11:17 PM | Sentry | Transfer - In from TRUFACS | $5.25 | TX040904 | | $936.15 |
| 4/7/2004 7:29:38 PM | AMService | ITS Withdrawal | ($7.00) | ITS0407 | | $930.90 |
| 4/5/2004 5:46:42 PM | DEV3006 | Sales | ($32.40) | 78 | | $937.90 |
| 4/4/2004 9:07:07 AM | AMService | ITS Withdrawal | ($10.00) | ITS0404 | | $970.30 |
| 4/2/2004 6:53:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0402 | | $980.30 |
| 4/1/2004 6:46:28 PM | AMService | ITS Withdrawal | ($5.00) | ITS0401 | | $985.30 |
| 4/1/2004 5:25:54 AM | SENTRY | Transfer - In from TRUFACS | $990.30 | TX040104 | | $990.30 |

1 2