AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED CLERKS OFFICE
2005 MAR 22 A 9:37
U.S. DISTRICT COURT
DISTRICT OF MASS

KEVIN TAYLOR,

    Plaintiff

V.

HARLEY LAPPEN, Director

    Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: C.A. 04-40163-PBS

I, __Kevin Taylor__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __FMC-Devens, P.O. Box 879, Ayer, MA 01432__

    Are you employed at the institution? __Yes__ Do you receive any payment from the institution __Yes__.

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    $5.00 monthly/ see above

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

         not applicable

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ Yes | ☒ No |
    | f. | Any other sources | ☒ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

## All Transactions

| Inmate Reg #: | 03421068 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | TAYLOR, KEVIN | Housing Unit: | J SOMP |
| Report Date: | 03/14/2005 | Living Quarters: | J04-421U |
| Report Time: | 11:10:53 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 3/13/2005 8:39:34 PM | AMService | ITS Withdrawal | ($5.00) | ITS0313 | | $580.30 |
| 3/10/2005 9:37:57 PM | AMService | ITS Withdrawal | ($5.00) | ITS0310 | | $585.30 |
| 3/10/2005 5:44:39 PM | AMService | ITS Withdrawal | ($5.00) | ITS0310 | | $590.30 |
| 3/9/2005 5:34:11 AM | AMSERVICE | Lockbox - CD | $30.00 | 70127901 | | $595.30 |
| 3/9/2005 5:34:08 AM | AMSERVICE | Lockbox - CD | $75.00 | 70127901 | | $565.30 |
| 3/8/2005 7:35:13 PM | AMService | ITS Withdrawal | ($10.00) | ITS0308 | | $490.30 |
| 3/8/2005 5:43:22 PM | AMService | ITS Withdrawal | ($5.00) | ITS0308 | | $500.30 |
| 3/7/2005 10:21:25 AM | DEV2006 | Payroll - IPP | $5.25 | 5JV068 | | $505.30 |
| 3/3/2005 7:42:23 PM | AMService | ITS Withdrawal | ($10.00) | ITS0303 | | $500.05 |
| 2/26/2005 11:40:09 AM | AMService | ITS Withdrawal | ($10.00) | ITS0226 | | $510.05 |
| 2/25/2005 6:27:46 PM | AMService | ITS Withdrawal | ($5.00) | ITS0225 | | $520.05 |
| 2/23/2005 8:18:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0223 | | $525.05 |
| 2/21/2005 10:17:35 PM | AMService | ITS Withdrawal | ($5.00) | ITS0221 | | $530.05 |
| 2/19/2005 7:22:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0219 | | $535.05 |
| 2/18/2005 4:38:52 PM | AMService | ITS Withdrawal | ($6.00) | ITS0218 | | $540.05 |
| 2/17/2005 5:28:32 PM | DEV3009 | Sales | ($24.50) | 52 | | $546.05 |
| 2/14/2005 6:15:09 PM | AMService | ITS Withdrawal | ($5.00) | ITS0214 | | $570.55 |
| 2/12/2005 5:53:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0212 | | $575.55 |
| 2/9/2005 7:42:54 PM | AMService | ITS Withdrawal | ($10.00) | ITS0209 | | $580.55 |
| 2/9/2005 11:06:28 AM | AMSERVICE | Western Union | $200.00 | 33309205 | | $590.55 |
| 2/8/2005 8:36:36 PM | AMService | ITS Withdrawal | ($5.00) | ITS0208 | | $390.55 |
| 2/7/2005 11:11:52 AM | DEV2007 | Payroll - IPP | $5.25 | 5JV053 | | $395.55 |
| 2/6/2005 3:06:56 PM | AMService | ITS Withdrawal | ($10.00) | ITS0206 | | $390.30 |
| 1/27/2005 12:20:42 PM | DEV3008 | Sales | ($14.30) | 31 | | $400.30 |
| 1/23/2005 9:47:04 PM | AMService | ITS Withdrawal | ($6.00) | ITS0123 | | $414.60 |
| 1/22/2005 9:48:10 PM | AMService | ITS Withdrawal | ($10.00) | ITS0122 | | $420.60 |
| 1/17/2005 5:49:58 PM | AMService | ITS Withdrawal | ($10.00) | ITS0117 | | $430.60 |
| 1/16/2005 10:05:45 PM | AMService | ITS Withdrawal | ($5.00) | ITS0116 | | $440.60 |
| 1/15/2005 8:15:39 PM | AMService | ITS Withdrawal | ($5.00) | ITS0115 | | $445.60 |
| 1/13/2005 5:04:26 PM | AMService | ITS Withdrawal | ($5.00) | ITS0113 | | $450.60 |
| 1/11/2005 2:07:22 PM | AMSERVICE | Western Union | $50.00 | 33307105 | | $455.60 |
| 1/9/2005 1:14:00 PM | AMService | ITS Withdrawal | ($5.00) | ITS0109 | | $405.60 |
| 1/7/2005 5:25:40 AM | AMSERVICE | Lockbox - CD | $50.00 | 70123801 | | $410.60 |
| 1/5/2005 10:06:26 PM | AMService | ITS Withdrawal | ($10.00) | ITS0105 | | $360.60 |
| 1/5/2005 6:09:43 PM | AMService | ITS Withdrawal | ($5.00) | ITS0105 | | $370.60 |
| 1/5/2005 9:31:46 AM | DEV2007 | Payroll - IPP | $5.25 | 5JV034 | | $375.60 |
| 1/4/2005 8:32:46 PM | AMService | ITS Withdrawal | ($5.00) | ITS0104 | | $370.35 |
| 1/1/2005 2:49:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS0101 | | $375.35 |
| 12/28/2004 5:17:37 PM | AMService | ITS Withdrawal | ($5.00) | ITS1228 | | $380.35 |
| 12/28/2004 1:16:56 PM | DEV0002 | Gift | ($50.00) | | 275 | $385.35 |
| 12/25/2004 8:23:40 PM | AMService | ITS Withdrawal | ($5.00) | ITS1225 | | $435.35 |
| 12/24/2004 8:57:39 PM | AMService | ITS Withdrawal | ($10.00) | ITS1224 | | $440.35 |
| 12/20/2004 6:00:28 PM | AMService | ITS Withdrawal | ($6.00) | ITS1220 | | $450.35 |
| 12/20/2004 12:31:33 PM | DEV3009 | Sales | ($24.30) | 42 | | $456.35 |
| 12/19/2004 12:59:12 PM | AMService | ITS Withdrawal | ($5.00) | ITS1219 | | $480.65 |
| 12/18/2004 2:07:59 PM | AMService | ITS Withdrawal | ($5.00) | ITS1218 | | $485.65 |
| 12/16/2004 5:30:25 PM | AMService | ITS Withdrawal | ($5.00) | ITS1216 | | $490.65 |
| 12/14/2004 6:05:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS1214 | | $495.65 |
| 12/6/2004 6:55:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS1206 | | $500.65 |
| 12/6/2004 9:06:36 AM | DEV2007 | Payroll - IPP | $5.25 | 5JV021 | | $505.65 |

1 2 3

## All Transactions

| | |   | | |
|---|---|---|---|---|
| Inmate Reg #: | 03421068 | Current Institution: | Devens FMC |
| Inmate Name: | TAYLOR, KEVIN | Housing Unit: | JSOMP |
| Report Date: | 03-14-2005 | Living Quarters: | J01-121U |
| Report Time: | 11:11:03 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/5/2004 8:08:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS1205 | | $500.40 |
| 12/3/2004 11:52:53 AM | DEV3002 | Sales | ($2.30) | 33 | | $505.40 |
| 11/30/2004 7:41:24 PM | AMService | ITS Withdrawal | ($3.00) | ITS1130 | | $507.70 |
| 11/29/2004 7:02:01 PM | AMService | ITS Withdrawal | ($5.00) | ITS1129 | | $510.70 |
| 11/25/2004 6:06:08 PM | AMService | ITS Withdrawal | ($10.00) | ITS1125 | | $515.70 |
| 11/22/2004 5:25:20 PM | AMService | ITS Withdrawal | ($6.00) | ITS1122 | | $525.70 |
| 11/22/2004 12:28:20 PM | DEV3002 | Sales | ($8.50) | 42 | | $531.70 |
| 11/19/2004 7:20:55 PM | AMService | ITS Withdrawal | ($10.00) | ITS1119 | | $540.20 |
| 11/19/2004 1:52:10 PM | DEV2007 | Local Collections | $50.00 | 2379 | | $550.20 |
| 11/16/2004 9:42:17 PM | AMService | ITS Withdrawal | ($6.00) | ITS1116 | | $500.20 |
| 11/16/2004 2:58:50 PM | DEV0002 | Child Support | ($100.00) | | 157 | $506.20 |
| 11/15/2004 6:23:30 PM | DEV3009 | Sales | ($13.90) | 79 | | $606.20 |
| 11/10/2004 6:40:43 PM | AMService | ITS Withdrawal | ($4.00) | ITS1110 | | $620.10 |
| 11/10/2004 5:31:35 PM | AMService | ITS Withdrawal | ($6.00) | ITS1110 | | $624.10 |
| 11/6/2004 2:05:23 PM | AMService | ITS Withdrawal | ($1.00) | ITS1106 | | $630.10 |
| 11/5/2004 9:39:14 AM | DEV2007 | Payroll - IPP | $5.25 | 5JV004 | | $631.10 |
| 11/4/2004 8:01:19 PM | AMService | ITS Withdrawal | ($5.00) | ITS1104 | | $625.85 |
| 11/3/2004 6:34:30 PM | AMService | ITS Withdrawal | ($5.00) | ITS1103 | | $630.85 |
| 11/3/2004 12:07:27 PM | AMSERVICE | Western Union | $100.00 | 33302405 | | $635.85 |
| 11/1/2004 11:49:20 AM | DEV3002 | Sales | $0.00 | 21 | | $535.85 |
| 10/25/2004 5:48:35 PM | AMService | ITS Withdrawal | ($5.00) | ITS1025 | | $535.85 |
| 10/23/2004 6:17:07 PM | AMService | ITS Withdrawal | ($7.00) | ITS1023 | | $540.85 |
| 10/21/2004 6:16:55 PM | AMService | ITS Withdrawal | ($3.00) | ITS1021 | | $547.85 |
| 10/20/2004 1:32:03 PM | DEV2007 | Local Collections | $50.00 | 1060 | | $550.85 |
| 10/19/2004 6:45:16 PM | AMService | ITS Withdrawal | ($5.00) | ITS1019 | | $500.85 |
| 10/14/2004 9:41:11 PM | AMService | ITS Withdrawal | ($15.00) | ITS1014 | | $505.85 |
| 10/13/2004 7:56:48 PM | AMService | ITS Withdrawal | ($5.00) | ITS1013 | | $520.85 |
| 10/13/2004 9:38:20 AM | DEV0002 | Bills | ($35.00) | | 24 | $525.85 |
| 10/12/2004 9:19:33 PM | AMService | ITS Withdrawal | ($5.00) | ITS1012 | | $560.85 |
| 10/11/2004 6:11:08 PM | AMService | ITS Withdrawal | ($5.00) | ITS1011 | | $565.85 |
| 10/9/2004 5:41:10 PM | AMService | ITS Withdrawal | ($5.00) | ITS1009 | | $570.85 |
| 10/5/2004 5:30:47 PM | AMService | ITS Withdrawal | ($8.00) | ITS1005 | | $575.85 |
| 10/5/2004 10:03:00 AM | DEV2007 | Payroll - IPP | $5.25 | 4JV157 | | $583.85 |
| 10/4/2004 12:31:53 PM | DEV3009 | Sales | ($32.25) | 50 | | $578.60 |
| 10/1/2004 6:33:06 PM | AMService | ITS Withdrawal | ($5.00) | ITS1001 | | $610.85 |
| 9/24/2004 9:47:51 PM | AMService | ITS Withdrawal | ($5.00) | ITS0924 | | $615.85 |
| 9/21/2004 2:04:58 PM | DEV2007 | Local Collections | $50.00 | 22238 | | $620.85 |
| 9/20/2004 7:01:07 PM | AMService | ITS Withdrawal | ($5.00) | ITS0920 | | $570.85 |
| 9/20/2004 1:49:21 PM | DEV2006 | Local Collections | $75.00 | 22155 | | $575.85 |
| 9/17/2004 8:40:50 PM | AMService | ITS Withdrawal | ($4.00) | ITS0917 | | $500.85 |
| 9/17/2004 2:04:23 PM | DEV2007 | Local Collections | $100.00 | 21938 | | $504.85 |
| 9/16/2004 9:33:23 PM | AMService | ITS Withdrawal | ($10.00) | ITS0916 | | $404.85 |
| 9/13/2004 6:32:23 PM | AMService | ITS Withdrawal | ($6.00) | ITS0913 | | $414.85 |
| 9/12/2004 10:52:41 PM | AMService | ITS Withdrawal | ($5.00) | ITS0912 | | $420.85 |
| 9/10/2004 8:22:13 PM | AMService | ITS Withdrawal | ($5.00) | ITS0910 | | $425.85 |
| 9/8/2004 8:20:27 PM | AMService | ITS Withdrawal | ($5.00) | ITS0908 | | $430.85 |
| 9/8/2004 11:53:49 AM | DEV3002 | Sales | ($39.60) | 28 | | $435.85 |
| 9/8/2004 7:59:53 AM | DEV2007 | Payroll - IPP | $5.25 | 4JV146 | | $475.45 |
| 9/6/2004 8:29:26 PM | AMService | ITS Withdrawal | ($4.00) | ITS0906 | | $470.20 |
| 9/5/2004 7:08:23 PM | AMService | ITS Withdrawal | ($6.00) | ITS0905 | | $474.20 |

1 2 3