UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KEVIN TAYLOR,                        )
                                     )
          Plaintiff,                 )
          v.                         )          C.A. No. 04-40163-PBS
                                     )
HARLEY LAPPEN, Director,             )
Federal Bureau of Prison, et         )
al.,                                 )
          Defendants.                )
```

ORDER ON PLAINTIFF'S SECOND APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is the plaintiff's second application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

FINDINGS

A.   Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h) and/or 28 U.S.C. § 1915A(c):

     Yes  ☒          No  ☐

B.   Is a filing fee under 28 U.S.C. § 1915(b) to be assessed at this time:

1.   Yes ☐   Plaintiff is obligated to pay the entire statutory filing fee immediately.  See 28 U.S.C. § 1915(b)(1); 28 U.S.C. § 1914 ($150.00 for a civil action).

2.   Yes ☒   An initial partial filing fee of  $ 100.45   is assessed pursuant to 28 U.S.C. § 1915(b)(1).  The remainder of the fee  $ 49.55  is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

3.   Yes ☐   Plaintiff has proffered evidence of being without funds for six months and being currently without funds.  Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the $150.00 filing fee is paid in full.

4.   No ☐   Plaintiff is not assessed an initial partial filing fee or obligation to make monthly payments at this time.

ORDERS

Based upon the foregoing:

1.   The application to proceed without prepayment of fees is
     GRANTED.
                Yes  ☒              No   ☐

2.   If a filing fee assessment has been made under paragraph B
     above, is it a provisional finding that is subject to early
     modification:
                Yes  ☒              No   ☐

     If the above answer is Yes, the following applies:

     If the plaintiff files, within 35 days of the date of this
     Order, a certified copy of his/her prison trust account or a
     statement signed by plaintiff under the pains and penalties
     of perjury demonstrating eligibility to proceed in this
     action without paying an initial partial filing fee or
     without payment of any fee assessed above, the Court will
     consider the certification or statement in determining
     whether to modify any fee assessment under 28 U.S.C.
     § 1915(b)(2).

3.   The Clerk shall send a copy of this Order to the institution
     having custody of plaintiff:
                Yes  ☒              No   ☐

4.   The Clerk shall return the complaint to the undersigned for
     screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2)
     and/or 1915A:
                Yes  ☐              No   ☒

5.   The Clerk shall issue summonses and the United States Marshal
     serve a copy of the AMENDED complaint, summons, and this
     order as directed by the plaintiff with all costs of service
     to be advanced by the United States?

                Yes  ☒              No   ☐

SO ORDERED.

 6/2/05                         /s/ Patti B. Saris
DATE                            UNITED STATES DISTRICT JUDGE

2