UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN TAYLOR,

    Petitioner,

v.                          C.A. No. 04-40163-PBS

DAVID L. WINN, WARDEN,

    Respondent.

## NOTICE OF APPEAL

AND NOW, comes the Petitioner, KEVIN TAYLOR, in Pro se, and hereby files this Notice of Appeal to the United States Court of Appeals for the First Circuit from the United States District Court for the District of Massachuetts' denial of Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. section 2241 on June 8, 2005.

                                      Respectfully submitted,

Dated: July 14, 2005.                _____
                                            Kevin Taylor