# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40163

Kevin Taylor

v.

David L. Winn

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 3, 2005.

Sarah A Thornton, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8-4-05.

*Susan Pedron*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:04-cv-40163-PBS

Taylor v. Lappen  
Assigned to: Judge Patti B. Saris  
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 08/24/2004  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Kevin Taylor**　　　　represented by　**Kevin Taylor**  
03421-068  
FMC - Devens  
PO Box 879  
Ayer, MA 01432  
PRO SE

V.

**Defendant**

**Harley Lappen**  
*Director, Federal Bureau of Prisons*

**Defendant**

**C. Becotte**  
*Chief Psychologist, FMC Devens*

**Defendant**

**S. Bisci**  
*Social Worker, Psychology and Mental Health Department, FMC Devens*

**Defendant**

**C.J. DeRosa**
*Warden, FCI Fort Dix*

**Defendant**

**Hernandez**
*Unit Manager, FMC Devens*

**Defendant**

**Hufnagel**
*Case Manager, J-Unit, FMC Devens*

**Defendant**

**C. Mayo**
*Psychologist Technician, FMC Devens*

**Defendant**

**C. Renuad**
*Psychologist, FMC Devens*

**Defendant**

**D. Rodrill**
*Regional Director, Northeast Region Office, Federal Bureau of Prisons*

**Defendant**

**J. Strickland**
*Case Manager, Unit 5752, FCI Fort Dix*

**Defendant**

**Unknown Unit Manager, FCI Fort Dix**
*Unit Manager of Units 5752 and 5751*

## Defendant

**David L. Winn**
*Warden, FMC Devens*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Kevin Taylor.(Hassett, Kathy) (Entered: 08/24/2004) |
| 08/17/2004 | 2 | COMPLAINT under 28 U.S.C. s. 1331 or 1346 filed by Kevin Taylor. Modified on 9/30/2004 (Weissman, Linn). (Entered: 08/24/2004) |
| 11/08/2004 | 3 | Letter/request (non-motion) from Deputy Clerk Jenness regarding status of Mr. Taylor's case. (Jenness, Susan) (Entered: 11/08/2004) |
| 03/09/2005 | 4 | Judge Patti B. Saris : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. The Court denies without prejudice Taylor's application to proceed without prepayment of the filing fee. If Taylor wishes to prosecute his case, he must, within forty-two (42) days of the date of this order, either pay the entire filing fee or submit a new application and provide the Court with a prison account statement reflecting Taylor's prison account activity for the six-month period preceding the date of this order. Failure to comply with this requirement will result in dismissal of the case for failure to pay the filing fee. (McGlamery, Jeanette) (Entered: 03/09/2005) |
| 03/22/2005 | 5 | Application to Proceed in forma pauperis by Kevin Taylor.(Patch, Christine) (Entered: 03/25/2005) |
| 04/20/2005 | 6 | MOTION for Leave to Amend 2 Petition for Writ of Habeas Corpus (2254) by Kevin Taylor.(Patch, Christine) (Entered: 05/05/2005) |
| 05/17/2005 | 7 | Judge Patti B. Saris : Electronic ORDER entered |

| | | |
|---|---|---|
| | | granting 6 Motion to Amend. (McGlamery, Jeanette) (Entered: 06/03/2005) |
| 05/17/2005 | 9 | AMENDED COMPLAINT against all defendants, filed by Kevin Taylor. (Motion 6 to file amended complaint incorporated in amended complaint.) (McGlamery, Jeanette) (Entered: 06/03/2005) |
| 06/02/2005 | 8 | Judge Patti B. Saris : ORDER entered granting 5 Motion for Leave to Proceed in forma pauperis. An initial partial filing fee of $ 100.45 is assessed pursuant to 28 U.S.C. s 1915(b)(1). The remainder of the fee, $49.55, is to be assessed in accordance with 28 U.S.C. s 1915(b)(2). The Clerk shall send a copy of this Order to the institution having custody of plaintiff. The Clerk shall issue summonses and the United States Marshal serve a copy of the AMENDED complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States. (McGlamery, Jeanette) (Entered: 06/03/2005) |
| 06/03/2005 | 10 | Judge Patti B. Saris : ORDER entered. ORDER Directing Monthly Payments be made from Prison Account of Kevin Taylor.(McGlamery, Jeanette) (Entered: 06/03/2005) |
| 06/06/2005 | | Summons Issued as to C. Becotte, S. Bisci, C.J. DeRosa, Hernandez, Hufnagel, C. Mayo, C. Renuad, D. Rodrill, J. Strickland, Unknown Unit Manager, FCI Fort Dix, David L. Winn, Harley Lappen, and mailed to plaintiff along with Local Rule 4.1 and the forms for service by the U.S. Marshal service. (McGlamery, Jeanette) (Entered: 06/07/2005) |
| 07/18/2005 | 11 | NOTICE OF APPEAL by Kevin Taylor. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

| | | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/8/2005. (Patch, Christine) (Entered: 07/26/2005) |
|---|---|---|