**KEVIN TAYLOR**
**Reg. No. 03421-068**
**Federal Medical Center- Devens**
**P. O. Box 879**
**Ayer, MA 01432**

August 8, 2005

Office of the Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:  4:04-CV-40163-PBS, Taylor v. Lappen

Dear Clerk:

Please advised me of the status of the above-captioned case.
I have complied with the court order to file the forma pauperis
affidavit with a copy of my account transactions of the last
six months. Resultantly, a court order to paid the filing fee
has been issued to the institution which resulted in the
institution withdrawal of fund from my account.

Further, I have comply with the court order to file with the
United States Marshals the complaint as well as the forms to be
served to the defendants. Moreover, the defendants had a specific
date to respond to the complaint.

Currently, I have not receive any response from the defendants
even after I complied with the Court's orders. Nor, does I know
the status of my complaint. I have not receive any information
from the Court concerning my complaint.

Please promptly advise me of the status of my complaint. Further,
please provide a copy of the docket entries to my case.

Your assistance in this matter will be appreciated. Thank you
in advance for your time and consideration.

                              Respectfully yours,

                              KEVIN TAYLOR

CC/files: 001