U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kevin Taylor | C.A. 04-40163-PBS |
| DEFENDANT | TYPE OF PROCESS |
| C.J. DeRosa, Warden | Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
XXXXXXXXXXXXX C.J. DeRosa, Warden

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
FCI- Fort Dix
P.O. Box 38, Fort Dix, New Jersey 08640

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin Taylor
Reg. No. 03421-068
Devens-FMC
P. O. Box 879, Ayer, MA 01432

| | |
|---|---|
| Number of process to be served with this Form - 285 | 12 |
| Number of parties to be served in this case | 12 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

(same as above)

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Kevin Taylor | | | 7-1-05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 50 | Nancy Jalamera | 7/18/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time am pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Defendant no longer at the above address
Returned unexecuted (AT) after process was mailed
Please refer to attached letter

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House-7th Floor*
*2nd & Chestnut Streets*
*Philadelphia, PA 19106*

July 28, 2005

United States Marshals Service
District of Massachusetts
1 Courthouse Way, Suite 500
Boston, MA 02210

Re: **Taylor v. Lappen, et al.**
**Civil Action No. 04-40163 (PBS)**

Dear Sir/Madam:

A copy of the Summons and Motion for Leave to Amend Complaint were received at the Federal Correctional Institution at Ft. Dix for the above referenced litigation. Please be advised Warden C. J. DeRosa has transferred to the Federal Correctional Institution at Phoenix. I am returning the information you forwarded.

If you should have any questions, please feel free to call me at (609) 723-1100, ext. 113.

Sincerely,

Tara Moran
Legal Assistant

Enclosures

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

KEVIN TAYLOR,
Plaintiff,

V.

HARLEY LAPPEN, Director,
Federal Bureau of Prisons, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-40163-PBS

TO: (Name and address of Defendant)

C. J. DE ROSA, Warden, F.C.I. Fort Dix

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton
CLERK

6/6/05
DATE

(By) DEPUTY CLERK