

USDC/MA
04-40163
Saris, P.

# United States Court of Appeals
## For the First Circuit

No. 05-2167

KEVIN TAYLOR

Plaintiff - Appellant

v.

HARLEY LAPPEN, Director, Federal Bureau of Prisons;
C. BECOTTE, Chief Psychologist, FMC Devens;
S. BISCI, Social Worker, Psychology and Mental Health
Department, FMC Devens; C.J. DEROSA, Warden, FCI Fort Dix;
HERNANDEZ, Unit Manager, FMC Devens; HUFNAGEL, Case Manager,
J-Unit, FMC Devens; C. MAYO, Psychologist Technician, FMC
Devens; C. RENUAD, Psychologist, FMC Devens; D. RODRILL,
Regional Director, Northeast Regional Office, Federal
Bureau of Prisons; J. STRICKLAND, Case Manager, Unit 5752,
FCI Fort Dix; UNKNOWN UNIT MANAGER, FCI Fort Dix, Unit
Manager of Units 5752 and 5751; DAVID L. WINN, Warden,
FMC Devens

Defendants - Appellees

### JUDGMENT
Entered: October 27, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

|  |  |
|---|---|
| Certified and Issued as Mandate under Fed. R. App. P. 41. | By the Court: |
| Richard Cushing Donovan, Clerk | Richard Cushing Donovan, Clerk |
| /s/ Fish | **MARGARET CARTER** |
| Deputy Clerk | By_____ |
| Date: 10/27/05 | Chief Deputy Clerk |

[cc: Kevin Taylor,  Michael Sullivan, USA]