Kevin Taylor
Reg. No. 03421-068
Federal Medical Center-Devens
P. O. Box 879
Ayer, MA 01432

November 5, 2005

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

     Re:  Taylor v. Lappen
         4:04-cv-40163

Dear Clerk:

Please provide me a copy of the entire docket entries to the
above-captioned case. I am concern about the motions I have filed.
Currently, I have not receive any information as to whether my
motions were received by your office.

Please respond as promptly as possible.

                                Sincerely,

                                Kevin Taylor