UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN G. TAYLOR, )<br><br>Plaintiff, )<br><br>v. )<br> )<br>HARLEY G. LAPPIN, Director, )<br>Federal Bureau of Prisons; )<br>C. BECOTTE, Chief Psychologist, )<br>FMC Devens; S. BISCI, Social )<br>Worker, Psychology and Mental )<br>Health Department, FMC Devens; )<br>C.J. DEROSA, Warden, FCI Fort Dix; )<br>HERNANDEZ, Unit Manager, )<br>FMC Devens; HUFNAGEL, Case )<br>Manager, J-Unit, FMC Devens; )<br>C. Mayo, Psychologist Technician, )<br>FMC Devens; C. RENAUD, )<br>Psychologist, FMC Devens; )<br>D. RODRILL, Regional Director, )<br>Northeast Regional Office, )<br>Federal Bureau of Prisons; )<br>J. STRICKLAND, Case Manager, )<br>Unit 5752, FCI Fort Dix; )<br>UNKNOWN UNIT MANAGER, FCI Fort )<br>Dix, Unit Manager of Units 5752 )<br>and 5751; DAVID L. WINN, Warden, )<br>FMC Devens, )<br> )<br>Defendants. )<br> )  | Civil Docket No.<br>04-40163-PBS |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

As more fully demonstrated in the accompanying Memorandum in

Support, the defendants in the above-captioned matter, by their

attorney, Michael J. Sullivan, United States Attorney for the

District of Massachusetts, respectfully request that this Court

dismiss the above-captioned matter or, in the alternative, grant

summary judgment in the defendants' favor.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorney,

MICHAEL J. SULLIVAN
United States Attorney

Dated March 17, 2005    By:  /S/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF SERVICE

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the *pro se* plaintiff:

Kevin Taylor, Inmate
Federal Registry No. 03421-068
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

Dated: March 17, 2005        /S/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney

## CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)

Because the *pro se* plaintiff is a prisoner currently incarcerated in a federal correctional facility, counsel for the respondent respectfully requests leave to file this Motion without a 7.1 conference.

Dated: March 17, 2005        /S/ Christopher R. Donato
Christopher R. Donato
Assistant U.S. Attorney