# Document 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN TAYLOR,<br>  Plaintiff,<br><br>v.<br><br>HARLEY LAPPEN, et. al.<br>  Defendants. | )<br>)<br>)<br>) Civ. Action No. 04-40163-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANN H. ZGRODNIK

  I, Ann H. Zgrodnik, hereby make the following declaration:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United Department of Justice at the Federal Medical Center in Devens, Massachusetts (FMC Devens), as an Attorney Advisor. The legal office from which I am located is the Consolidated Legal Center - Devens. I have been employed with the Federal Bureau of Prisons since February 10, 2002.

2. In order to perform my official duties as Attorney Advisor, I have access to numerous records maintained in the ordinary course of business at FMC Devens, as well as other institutions. This includes, but not limited to, documentary records, Judgment and Commitment files, and computerized records maintained on the Bureau of Prisons computerized database, Sentry.

3. Attached hereto please find a true and correct copy of the following document:

  a. Public Information Data for Inmate Kevin Taylor, Register Number 03421-068;
  b. Request for Administrative Remedy, Case Number 331868-F1, and Response;
  c. Regional Administrative Remedy Appeal, Case Number 331868-R1, and Response;
  d. Central Office Administrative Remedy Appeal, Case Number 331868-A1, and Response;
  e. Program Statement 5100.07, <u>Security Designation and Custody Classification Manual</u>, Chapters 1, 7 and 8;
  f. Male Custody Classification Form for Inmate Kevin Tyalor, Register Number 03421-068 ;

    g.    Sex Offender Management Program Inmate Handbook, dated May 14, 2004.

I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 28th day of April, 2006.

                                                  Ann H. Zgrodnik
                                                Attorney Advisor
                                                Consolidated Legal Center-Devens