# Document 1a

```
   DEVBS            *         PUBLIC INFORMATION          *      03-28-2006
 PAGE 001           *            INMATE DATA              *      13:41:42
                              AS OF 03-28-2006

REGNO..: 03421-068 NAME: TAYLOR, KEVIN
                    RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FAX: 978-796-1118
                                             RACE/SEX...: BLACK / MALE
FBI NUMBER.: 22903K4                         DOB/AGE....: 09-17-1955 / 50
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 07-19-2006                      PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY ---------------------------
 FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP   DATE/TIME
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  09-08-2005 1348 CURRENT
 DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  09-08-2005 0700 09-08-2005 1348
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  08-18-2005 1424 09-08-2005 0700
 DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  08-18-2005 1209 08-18-2005 1424
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-15-2005 1116 08-18-2005 1209
 DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  07-15-2005 0713 07-15-2005 1116
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  02-11-2005 1208 07-15-2005 0713
 DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  02-11-2005 0733 02-11-2005 1208
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-11-2005 1100 02-11-2005 0733
 DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  01-11-2005 0733 01-11-2005 1100
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-21-2004 1133 01-11-2005 0733
 DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  07-21-2004 0815 07-21-2004 1133
 DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL  03-31-2004 1006 07-21-2004 0815
 5-L    RELEASE    RELEASED FROM IN-TRANSIT FACL  03-31-2004 1006 03-31-2004 1006
 5-L    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-31-2004 0443 03-31-2004 1006
 FTD    TRANSFER   TRANSFER                       03-31-2004 0443 03-31-2004 0443
 FTD    A-DES      DESIGNATED, AT ASSIGNED FACIL  11-01-2001 1725 03-31-2004 0443
 FTD    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  11-01-2001 1425 11-01-2001 1725
 FTD    A-DES      DESIGNATED, AT ASSIGNED FACIL  05-01-2001 0958 11-01-2001 1425
 S17    RELEASE    RELEASED FROM IN-TRANSIT FACL  05-01-2001 0958 05-01-2001 0958
 S17    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-01-2001 0612 05-01-2001 0958
 LEW    HLD REMOVE HOLDOVER REMOVED               05-01-2001 0612 05-01-2001 0612
 LEW    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  04-26-2001 1705 05-01-2001 0612
 B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  04-26-2001 1705 04-26-2001 1705
 B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 04-26-2001 1530 04-26-2001 1705
 ALM    TRANSFER   TRANSFER                       04-26-2001 1530 04-26-2001 1530
 ALM    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-19-1999 1730 04-26-2001 1530
 6-H    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-19-1999 1730 01-19-1999 1730
 6-H    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-19-1999 0902 01-19-1999 1730
 CUM    TRANSFER   TRANSFER                       01-19-1999 0902 01-19-1999 0902
 CUM    A-DES      DESIGNATED, AT ASSIGNED FACIL  02-04-1997 1508 01-19-1999 0902
 CUM    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  02-04-1997 0900 02-04-1997 1508
 CUM    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-22-1996 1952 02-04-1997 0900
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-22-1996 1952 07-22-1996 1952
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-22-1996 0809 07-22-1996 1952
 LEW    HLD REMOVE HOLDOVER REMOVED               07-22-1996 0809 07-22-1996 0809




G0002       MORE PAGES TO FOLLOW . . .
```

```
  DEVBS            *      PUBLIC INFORMATION         *     03-28-2006
 PAGE 002          *         INMATE DATA             *      13:41:42
                           AS OF 03-28-2006

REGNO..: 03421-068 NAME: TAYLOR, KEVIN

                   RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000   FAX: 978-796-1118
 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED    07-17-1996 1804 07-22-1996 0809
 S05    RELEASE    RELEASED FROM IN-TRANSIT FACL   07-17-1996 1804 07-17-1996 1804
 S05    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  07-17-1996 1334 07-17-1996 1804
 MCK    TRANSFER   TRANSFER                        07-17-1996 1334 07-17-1996 1334
 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL   06-22-1993 1146 07-17-1996 1334
 S01    RELEASE    RELEASED FROM IN-TRANSIT FACL   06-22-1993 1146 06-22-1993 1146
 S01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  06-22-1993 0719 06-22-1993 1146
 LEW    TRANSFER   TRANSFER                        06-22-1993 0719 06-22-1993 0719
 LEW    A-DES      DESIGNATED, AT ASSIGNED FACIL   05-27-1992 1801 06-22-1993 0719
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-27-1992 1801 05-27-1992 1801
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-27-1992 0730 05-27-1992 1801
 ERE    HLD REMOVE HOLDOVER REMOVED                05-27-1992 0630 05-27-1992 0630
 ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED    05-22-1992 2100 05-27-1992 0630
 A02    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-22-1992 2200 05-22-1992 2200
 A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-22-1992 0930 05-22-1992 2200
 PHX    HLD REMOVE HOLDOVER REMOVED                05-22-1992 0630 05-22-1992 0630
 PHX    A-HLD      HOLDOVER, TEMPORARILY HOUSED    05-20-1992 1645 05-22-1992 0630
 B12    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-20-1992 1945 05-20-1992 1945
 B12    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-20-1992 1308 05-20-1992 1945
 LOS    HLD REMOVE HOLDOVER REMOVED                05-20-1992 1008 05-20-1992 1008
 LOS    A-HLD      HOLDOVER, TEMPORARILY HOUSED    05-19-1992 1944 05-20-1992 1008
 B12    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-19-1992 2244 05-19-1992 2244
 B12    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-19-1992 1821 05-19-1992 2244
 LOM    TRANSFER   TRANSFER                        05-19-1992 1521 05-19-1992 1521
 LOM    A-DES      DESIGNATED, AT ASSIGNED FACIL   04-02-1992 1421 05-19-1992 1521
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL   04-02-1992 1721 04-02-1992 1721
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  04-02-1992 0730 04-02-1992 1721
 ERE    HLD REMOVE HOLDOVER REMOVED                04-02-1992 0630 04-02-1992 0630
 ERE    A-HLD      HOLDOVER, TEMPORARILY HOUSED    04-01-1992 1930 04-02-1992 0630
 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL   04-01-1992 2030 04-01-1992 2030
 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  04-01-1992 1146 04-01-1992 2030
 LEW    HLD REMOVE HOLDOVER REMOVED                04-01-1992 1146 04-01-1992 1146
 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED    03-27-1992 1458 04-01-1992 1146
 5-P    RELEASE    RELEASED FROM IN-TRANSIT FACL   03-27-1992 1458 03-27-1992 1458
 5-P    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  03-27-1992 1256 03-27-1992 1458
 SCH    TRANSFER   TRANSFER                        03-27-1992 1256 03-27-1992 1256
 SCH    A-DES      DESIGNATED, AT ASSIGNED FACIL.  02-04-1992 1400 03-27-1992 1256
 S03    RELEASE    RELEASED FROM IN-TRANSIT FACL   02-04-1992 1400 02-04-1992 1400




 G0002      MORE PAGES TO FOLLOW . . .
```

```
 DEVBS              *        PUBLIC INFORMATION        *      03-28-2006
PAGE 003            *            INMATE DATA           *      13:41:42
                             AS OF 03-28-2006

REGNO..: 03421-068 NAME: TAYLOR, KEVIN

                 RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 978-796-1000   FAX: 978-796-1118
PRE-RELEASE PREPARATION DATE: 01-19-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 07-19-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, WESTERN DISTRICT
DOCKET NUMBER...................: 89-9 CRIMINAL
JUDGE...........................: ZIEGLER
DATE SENTENCED/PROBATION IMPOSED: 06-28-1989
DATE COMMITTED..................: 07-25-1989
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.: $150.00        $00.00          $10,000.00    $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391
OFF/CHG: CONSPIRACY TO POSSESS W/I TO DIST AND DIST 3-METHYL-FENTANYL,
         21:846; POSS W/I TO DIST & DIST HEROIN, 21:841(A)(1),(B)(1)(C)

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    20 YEARS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 01-05-1989




G0002           MORE PAGES TO FOLLOW . . .
```

```
   DEVBS           *         PUBLIC INFORMATION          *      03-28-2006
PAGE 004 OF 004 *              INMATE DATA              *      13:41:42
                             AS OF 03-28-2006

REGNO..: 03421-068 NAME: TAYLOR, KEVIN

                  RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 978-796-1000   FAX: 978-796-1118
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-20-2005 AT DEV AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-28-1989
TOTAL TERM IN EFFECT............:    20 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    20 YEARS
EARLIEST DATE OF OFFENSE........: 01-05-1989

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      01-05-1989    06-27-1989

TOTAL PRIOR CREDIT TIME.........: 174
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 900
TOTAL GCT EARNED................: 871
STATUTORY RELEASE DATE PROJECTED: 07-19-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-04-2009


PROJECTED SATISFACTION DATE.....: 07-19-2006
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```