# Document 1f

```
 DEVCH    606.00          MALE CUSTODY CLASSIFICATION FORM            03-29-2006
PAGE 001 OF 001                                                        08:41:28
                            (A) IDENTIFYING DATA
REG NO..: 03421-068               FORM DATE: 12-07-2005        ORG: DEV
NAME....: TAYLOR, KEVIN                                        CR HX PT: 8
                                  MGTV: NONE
PUB SFTY: SEX OFFN                MVED:
                             (B) BASE SCORING
DETAINER: (0) NONE              SEVERITY.......: (1) LOW MOD
MOS REL.: 7                     PRIOR..........: (3) SERIOUS
ESCAPES.: (0) NONE              VIOLENCE.......: (2) > 15 YRS SERIOUS
PRECOMMT: (0) N/A
                            (C) CUSTODY SCORING
TIME SERVED.....: (6) 91% PLUS    DRUG/ALC ABUSE.: (3) > 5 YRS
MENTAL STABILITY: (4) FAVORABLE   TYPE DISCIP RPT: (2A) 1 HIGH
FREQ DISCIP RPT.: (1) 2-5         RESPONSIBILITY.: (0) POOR
FAMILY/COMMUN...: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
 +6  +20    0           +6         LOW           N/A           IN        SAME


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```