```
                    Kevin Taylor              FILED
          427 Mt. Pleasant Road, Apt. No. 8995 OFFICE
                  Pittsburgh, PA 15214
                                          2006 AUG -7  P 3: 56
                   July 30, 2006
                                           DISTRICT COURT
                                          DISTRICT OF MASS
```

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re: Taylor v. Lappin, Director BOP/ Civ. No. 04-40163-PBS
        Taylor v. Winn, Civ. No. 06-40004-GAO
        Taylor v. Winn, Civ. No. 06-40036-GAO

Dear Clerk:

Pleae be notified that I have been released from FMC-Devens. I am not receiving mail at that address. Please forward all legal mail to my current address as mentioned in the above-caption. Further, if any mail was sent to the institution 9FMC-Devens) that was returned to your office, please forward this mail to the above address.

Your assistance in this matter will be appreciated. Thank you in advance for your time and consideration.

                                      Sincerely,

                                      KEVIN TAYLOR

```
Kevin Taylor
427 Mt. Pleasant Rd, Apt. #899
Pittsburgh, PA 15214


UNITED STATES DISTRICT COURT
Office Of the Clerk
John J. Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
```