EXHIBIT 'A'

Case 4:04-cv-40163-PBS   Document 35-2   Filed 08/08/2006   Page 1 of 2

Administrative Remedy No. 338748-A2
Part B - Response

You appeal the Warden's response to your request for a copy of the Program Statement and Code of Federal Regulations reference covering the Sex Offender Management Program (SOMP). You state your present incarceration has nothing to do with the SOMP and you are not considered a management concern. You request a transfer to a Minimum security level facility to be closer to your family.

Our review reveals the Warden and Regional Director adequately responded to the issues raised in your appeal. There is neither a specific Program Statement nor a regulation concerning the SOMP. Title 18, United States Code, Section 3621 grants the Bureau of Prisons the authority to establish programs deemed necessary to assist in the correctional management of inmates. Records indicate you have a prior conviction for Rape, therefore, we find your placement in the SOMP appropriate.

Your request for a nearer release transfer will not be addressed in this response. If you wish to pursue this matter, you must first file a Request for Administrative Remedy locally through the Warden at your institution.

We concur with the responses provided. This response is provided for informational purposes only.

December 2, 2004
Date

Harrell Watts, Administrator
National Inmate Appeals